IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-2111-AP**

**JOSE C. QUINTANA,**

>  Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

>  Defendant.

---

## ORDER

Kane, J.

The (Unopposed) Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act(doc. #21), filed June 26, 2006, is **GRANTED**.   In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$4,169.50**.

Dated at Denver, Colorado, this 27th day of June, 2006.

>  BY THE COURT:

>  **S/John L. Kane**
>  JOHN L. KANE, SENIOR JUDGE
>  UNITED STATES DISTRICT COURT